

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-15-00048-CV

Buddy **CASTEEL** and Jaret Brandon Casteel,
Appellants

v.

Amelia **STAYTON**,
Appellee

From the County Court, Real County, Texas
Trial Court No. 2014-0138-CC
Honorable Garry A. Merritt, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED. It is ORDERED that costs shall be assessed against appellant.

It is so **ORDERED** on March 25, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle, Clerk